Decided September 15, 2004

## MARTYN BRUNO *v.* COMMISSIONER OF CORRECTION

The petitioner Martyn Bruno's petition for certification for appeal from the Appellate Court, 74 Conn. App. 910 (AC 22928), is denied.

*Brian J. Woolf*, in support of the petition.

Decided September 22, 2004

## FRANCES S. HARTNEY *v.* ROBERT J. HARTNEY

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 553 (AC 23717), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*James Colin Mulholland*, in support of the petition.

*Edith F. McClure*, in opposition.

Decided September 22, 2004